IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARLIN WEYANT,<br><br>      Plaintiff,<br><br>  vs.<br><br>BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, and JOHN DOES 1-10, and X,Y,Z CORPORATIONS,<br><br>      Defendants. | Civil Action No. 12-6103<br><br>Norma L. Shapiro<br>United States District Judge |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of all claims asserted in the above-captioned action. Pursuant to Rule 41(a)(1)(ii), this Stipulation of Dismissal is signed by, or on behalf of, all parties who have appeared in this action. Each party shall bear its own costs, attorneys' fees and expenses.

Respectfully submitted,

 /s/ Vicki Piontek
Vicki Piontek
Piontek Law Office
951 Allentown Road
Lansdale, PA 19446
Attorneys for Plaintiff

Respectfully submitted,

 /s/ Laura Lange
Laura A. Lange
Kevin Batik
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
Attorneys for Blatt, Hasenmiller, Leibsker & Moore, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via notice delivered by the Court's ECF System on this 10th day of January 2012:

>Vicki Piontek
>Piontek Law Office
>951 Allentown Road
>Lansdale, PA 19446

/s/ Laura Lange

2